PER CURIAM.
Affirmed. Napco Paints, Inc. v. La-Porte (U.S.), Inc., 490 So.2d 1023 (Fla. 3d DCA 1986); Moore v. Schraw, 455 So.2d 605 (Fla. 5th DCA 1984); Westinghouse Elevator Company v. DFS Construction. Company, 438 So.2d 125 (Fla. 2d DCA 1983); Cricket Club, Inc. v. Basso, 384 So.2d 908 (Fla. 3d DCA 1980); Bay Conva *276 lescent Center, Inc. v. Carroll, 352 So.2d 900 (Fla. 1st DCA 1977); Acme Fast Freight Inc. v. Bell, 318 So.2d 212 (Fla. 3d DCA 1975).